**DISMISS; and Opinion Filed March 8, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00566-CV

**JOHN GARDNER, Appellant**
**V.**
**MELISSA PATT GARDNER, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-25055**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Osborne

Appellant's brief has not been filed despite appellant being cautioned, by postcard dated December 10, 2018, that failure to file the brief by December 20, 2018 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id*. 38.8(a)(1); 42.3(b), (c).

/Leslie Osborne/
_____
LESLIE OSBORNE
JUSTICE

180566F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN GARDNER, Appellant

No. 05-18-00566-CV        V.

MELISSA PATT GARDNER, Appellee

On Appeal from the 303rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-17-25055.
Opinion delivered by Justice Osborne.
Justices Myers and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MELISSA PATT GARDNER recover her costs, if any, of this appeal from appellant JOHN GARDNER.

Judgment entered this 8th day of March, 2019.